**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: **REYMUNDO JIMENEZ COLLAZO** xxx–xx–1292 Debtor(s) | Case No. **18–05517 EAG** Chapter **13** FILED & ENTERED ON 12/29/22 |

*ORDER*

The debtor(s) is (are) granted fourteen (14) days to reply to the Chapter 13 Trustee's unfavorable recommendation filed on 12/28/22 (Docket No. 53). Upon failure to reply timely, the Court may enter an order denying the debtor's('s) proposed post–confirmation modified plan (Docket No. 51).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, December 29, 2022 .

Edward A. Godoy
United States Bankruptcy Judge