IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> REYMUNDO JIMENEZ COLLAZO <br><br><br> xx-xx-1292 <br><br> Debtor(s) | CASE NO. 18-05517-EAG13 <br> Chapter 13 <br><br><br><br><br> FILED & ENTERED ON JAN/13/2023 |

ORDER

The motion filed by the debtor requesting extension of time to rely to the trustee's unfavorable report on post confirmation modified plan dated 12/21/2022 (docket #56) is hereby granted. Order due by January 19, 2023.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13 day of January, 2023.

Edward A. Godoy
United States Bankruptcy Judge