Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BANCO POPULAR DE PUERTO RICO

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 4255

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2021

**New total payment:**
Principal, interest, and escrow, if any: $ 777.24

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 27.45      New escrow payment: $ 27.37

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %      New interest rate: _____ %

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Debtor 1 | Reymundo Jimenez Collazo | Case number (*if known*) | 18-05517 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Juan Carlos Fortuño Fas
Signature

Date 10/04/2021

Print: Juan Carlos Fortuño Fas
First Name  Middle Name  Last Name

Title Counsel for Creditor

Company Fortuño & Fortuño Fas, CSP

Address PO Box 3908
Number  Street

San Juan   PR   00970
City   State   ZIP Code

Contact phone 787-751-5290

Email bkfilings@fortuno-law.com



PO Box 362708
San Juan, Puerto Rico 00936-2708
Teléfono 787-775-1100

REYMUNDO JIMENEZ-COLLAZO
213 SAVANNAH REAL
SAN LORENZO     PR 00754

Préstamo Hipotecario: ▮▮▮▮4255

Fecha: 23 de septiembre de 2021

**DIVULGACIÓN DEL ESTADO ANUAL DE LA CUENTA DE RESERVA**

Esta cuenta debe ser analizada anualmente para determinar si acumula los fondos suficientes y determinar si la cuenta refleja sobrante o deficiencia según la actividad presupuestada.

| **PARTE 1 – NUEVO PAGO** | | **PARTE 2 – DESEMBOLSOS ANUALES ANTICIPADOS** | |
|---|---|---|---|
| El nuevo pago se desglosa como sigue: | | Partidas a pagar en el próximo año: | |
| Principal e Intereses | $749.87 | Seguro Hipotecario | $0.00 |
| Depósito a la reserva | $26.83 | Seguro de Inundación | $0.00 |
| Deficiencia/ Adelanto | $0.54 | Seguro Contra Riesgos | $322.00 |
| Seguros Opcionales | $0.00 | Contribuciones | $0.00 |
| Misceláneos | $0.00 | | |
| Subsidio / Reserva de Remplazo | $0.00 | Total Desembolsos Anuales Anticipados: | $322.00 |
| **Nuevo pago comenzando en 11/01/21** | **$777.24** | Depósito a la Reserva: | $26.83 |

**PARTE 3 – HISTORIAL DE LA CUENTA**

Este es un estado de la actividad en la cuenta de reserva desde 02/21 hasta 10/21. El pago actual es de $777.32 del cual $749.87 es para principal e intereses y $27.45 para la cuenta de reserva y partidas adicionales, si aplica, como: Seguro de Vida, Seguro de Incapacidad, Seguro de Muerte Accidental, Cargos por Servicios y Mantenimiento, que componen el pago.

El año pasado anticipamos que los desembolsos de la Cuenta de Reserva efectuados durante este período serían por $320.00. Bajo la ley federal, el balance mínimo requerido no debió exceder de $53.34 o de una sexta (1/6) parte del total de los desembolsos anuales anticipados.

Historial de la Cuenta

| Mes | Pagos a la Cuenta de Reserva | Desembolsos de la Cuenta de Reserva | Concepto | Balance de la Cuenta de Reserva |
|---|---|---|---|---|
| | | | BALANCE INICIAL | $122.44 |
| FEBRERO | $27.45 | $0.00 | * | $149.89 |
| MARZO | $27.45 | $0.00 | * | $177.34 |
| ABRIL | $27.45 | $0.00 | * | $204.79 |
| MAYO | $27.45 | $0.00 | * | $232.24 |
| JUNIO | $27.45 | $0.00 | * | $259.69 |
| JULIO | $27.45 | $0.00 | * | $287.14 |
| AGOSTO | $28.13 | $0.00 | * | $315.27 |

PPRDEFNS-9/24/21-131

Historial de la Cuenta

| Mes | Pagos a la Cuenta de Reserva | Desembolsos de la Cuenta de Reserva | Concepto | | Balance de la Cuenta de Reserva |
|---|---|---|---|---|---|
| SEPTIEMBRE | $27.45 | $322.00 | HAZARD INSUR | * | $20.72 |
| OCTUBRE | $27.45 ** | $0.00 | | * | $48.17 |
| NOVIEMBRE | $0.00 | $0.00 | | * | $0.00 |
| DICIEMBRE | $0.00 | $0.00 | | * | $0.00 |
| ENERO | $0.00 | $0.00 | | * | $0.00 |
| | Total de pagos a la cuenta de reserva | | | | $247.73 |
| | Total de desembolsos de contribuciones | | | | $0.00 |
| | Total de desembolsos de seguros | | | | $322.00 |

El asterisco (*) indica una diferencia con el estimado del estado anterior, ya sea en la fecha o en la cantidad.

** El / los mes (es) identificado(s) con los asteriscos (**) en el historial de la cuenta son presupuestados lo que significa que a la fecha del Estado Anual de Análisis de Reserva, los pagos se encuentran pendientes de recibir o los desembolsos pendientes por emitir. Los cálculos en el Estado están basados en los 12 meses desglosados, por lo que cualquier diferencia en los pagos pendientes por recibir o desembolsos pendientes por emitir, puede provocar un aumento o disminución en los cálculos presupuestados desglosados en el Estado Anual de Análisis de Reserva.

**PARTE 4 - PRESUPUESTO DE LA CUENTA**

Para su información, a continuación, le proveemos un cálculo de la actividad para la cuenta de reserva desde 11/21 hasta 10/22. Retenga este estado para compararlo con el historial de la cuenta de reserva según el próximo análisis anual.

| Mes | Cantidad para Depósitos | Anticipada para Desembolsos | Concepto | Balance Presupuestado para su Cuenta de Reserva | Balance Requerido en su Cuenta de Reserva |
|---|---|---|---|---|---|
| | | | BALANCE INICIAL | | $80.53 |
| NOVIEMBRE | $26.83 | $0.00 | | $75.00 | $107.36 |
| DICIEMBRE | $26.83 | $0.00 | | $101.83 | $134.19 |
| ENERO | $26.83 | $0.00 | | $128.66 | $161.02 |
| FEBRERO | $26.83 | $0.00 | | $155.49 | $187.85 |
| MARZO | $26.83 | $0.00 | | $182.32 | $214.68 |
| ABRIL | $26.83 | $0.00 | | $209.15 | $241.51 |
| MAYO | $26.83 | $0.00 | | $235.98 | $268.34 |
| JUNIO | $26.83 | $0.00 | | $262.81 | $295.17 |
| JULIO | $26.83 | $0.00 | | $289.64 | $322.00 |
| AGOSTO | $26.83 | $0.00 | | $316.47 | $348.83 |
| SEPTIEMBRE | $26.83 | $322.00 | HAZARD INSUR | $21.30 | $53.66 |
| OCTUBRE | $26.83 | $0.00 | | $48.13 | $80.49 |

El balance final proyectado para la cuenta de reserva es de $48.17. El balance inicial requerido para la cuenta de reserva de acuerdo con este análisis deber ser de $80.53. Esto significa que la cuenta de reserva tiene una deficiencia de $32.36.

Según las leyes federales, la deficiencia se le puede cobrar en pagos mensuales iguales, o si es menor al depósito de la cuenta de reserva se le podría requerir el pago de la deficiencia en 30 días. **La deficiencia notificada de $32.36 se ha dividido en 60 meses y se añadirá a su pago, a partir de 11/01/21.**

Si el préstamo es de interés variable, el pago puede cambiar antes del próximo análisis de la cuenta de reserva de acuerdo con la nueva tasa de interés.

Para más información sobre este análisis de la cuenta de reserva, puede comunicarse con nuestro Departamento de Servicios Hipotecarios, Sección de Servicios al Cliente de lunes a viernes de 8:00 a.m. a 6:00 p.m. y sábado de 9:00 a.m. a 12:00 m. al 787-775-1100 ó libre de cargos al 1-800-981-1982.

**Si usted anticipa algún problema con los pagos:**

- l  Comuníquese lo antes posible con la División de Loss Mitigation del Banco Popular al 787-522-1544 o libre de costo al 1-855-220-2201.

- l  Si usted busca una alternativa a los cambios en la tasa de interés y en la cantidad del pago, las siguientes opciones podrían

PRRDEFNS-9/24/21-131

estar disponibles (la mayoría está sujeta a la aprobación de su acreedor):

- <u>Refinanciar el préstamo</u> con nosotros o con otro acreedor
- <u>Vender la propiedad</u> y usar las ganancias para saldar el préstamo actual
- <u>Modificar los términos del préstamo</u> con nosotros
- <u>Una moratoria</u> le concede, temporeramente, más tiempo para hacer el pago mensual

l   Para refinanciamiento, puede comunicarse con Popular Mortgage al 787-707-7070.

l   Para evaluación de alternativas como modificar o prórrogas, puede comunicarse con Loss Mitigation al 787-522-1544 o libre de costo al 1-855-220-2201.

Si desea obtener información sobre agencias y programas de asesoría en su área, llame al Departamento de la Vivienda y Desarrollo Urbano de los Estados Unidos (HUD por sus siglas en inglés), en Puerto Rico al 787-766-5400, en Estados Unidos al 1-800-569-4287 o aceda http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm . Para información sobre el programa Making Home Affordable (MHA) puede comunicarse al 1-888-995-HOPE. Si usted necesita información del Negociado de Protección Financiera del Consumidor de los Estados Unidos (CFPB por sus siglas en inglés) acceda la página de internet http://www.consumerfinance.gov . Para más información, con relación a recursos adicionales, favor dirigirse al programa de *Fannie Mae's Know Your Options* disponible en el siguiente portal: http://knowyouroptions.com/ .

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> REYMUNDO JIMENEZ COLLAZO <br><br> DEBTOR | CASE NO. 18-05517 (BKT) <br><br> CHAPTER 13 |

CERTIFICATE OF SERVICE

      I hereby certify that on the same date above I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee Alejandro Oliveras Rivera (aorecf@ch13sju.com), and debtor's attorney Roberto Figueroa-Carrasquillo (rfc@rfigueroalaw.com). I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Debtor Reymundo Jimenez Collazo, at Savannah Real, Buzon 213, San Lorenzo, PR 00754.

/s/ Juan C. Fortuño Fas
JUAN C. FORTUÑO FAS
USDCPR 211913
P.O. BOX 3908
GUAYNABO, PR 00970
TEL. 787-751-5290
FAX. 787-751-6155
Email: bkfilings@fortuno-law.com